IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

L. D., Jr., a minor child,

                Plaintiff,                              Civil No. 06-1335-HA

MICHAEL J. ASTRUE,                           ORDER
Commissioner, Social Security Administration,

                Defendant.

       Based upon the stipulation of the parties, it is hereby ORDERED that attorney

fees in the amount of $7499.00 are awarded to Plaintiff pursuant to the Equal Access to

Justice Act, 28 U.S.C. §2412. Costs and expenses have been waived.

       DATED this 23rd day of January, 2008.

                                 _____
                               UNITED STATES DISTRICT JUDGE

Presented by:


 /s/ Phyllis Burke
PHYLLIS BURKE, OSB #814597
(503) 460-3200
Attorney for Plaintiff L. D., Jr.

ORDER